AARON D. FORD
  Nevada Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants Renee Baker,
and Eugene Murguia*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARCELL WILLIAMS,

    Plaintiff,

vs.

GIETERR, et al.,

    Defendant.

Case No. 3:18-cv-00360-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Marcell Williams, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 7 day of June, 2019

By: _____
Marcell Williams
Plaintiff in proper person

DATED this 12 day of June, 2019.

AARON D. FORD, Attorney General

By: _____
Heather B. Zana
Deputy Attorney General

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: June 12, 2019

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of June, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Marcell Williams, #1120655
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General