## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARCELL WILLIAMS, ) | | 3:18-cv-00360-MMD-WGC |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| vs. ) | | |
| ) | | April 27, 2020 |
| GITTERE, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Defendants to Show Cause Why They have not Fully Honored Settlement Agreement" (ECF No. 16).  Defendants have responded to Plaintiff's motion (ECF No. 18).

**IT IS HEREBY ORDERED** that the Clerk shall arrange for a transcript of the June 4, 2019, Early Mediation Conference (ECF No. 12), at the Government's expense.  Copies shall be provided to Plaintiff and counsel for Defendants.

**IT IS FURTHER ORDERED** that Defendants shall provide the court with a copy of the Settlement Agreement within **ten (10) days** from the date of this order.

**IT IS FURTHER ORDERED** that within **ten (10) days** from the date of this order, Plaintiff shall clarify with detail about his claim Defendants have breached the settlement agreement, which the court assumes resolves around the issue of whether Plaintiff has been seen by Dr. Wolff and, if so, whether Dr. Wolff has referred Plaintiff for an MRI.

If the records are not extensive (i.e., less than 50 pages), Defendants shall file *under seal* Plaintiff's medical records within **ten (10) days** of the date of this order.

DEBRA K. KEMPI, CLERK  
By: _____/s/_____  
Deputy Clerk